IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TEST MASTERS EDUCATIONAL       §
SERVICES, INC.,                §
                               §
            Plaintiff,         §
                               §        CIVIL ACTION NO. H-06-0469
v.                             §
                               §
SCOTTSDALE INSURANCE COMPANY,  §
FRED RHODES & CO.,             §
JOHN MURPHY, and               §
MYRON F. STEVES & CO.,         §
                               §
            Defendants.        §

**ORDER OF REMAND**

    For the reasons set forth in the separate Memorandum and Order

signed this day, it is

    ORDERED that this case is REMANDED to the 190th Judicial

District Court of Harris County, Texas.

    The Clerk shall mail a certified copy of this Order to the

Clerk of the 190th Judicial District Court of Harris County, Texas,

as required by 28 U.S.C. § 1447, and shall notify all parties and

provide them with a true copy of this Order.

    SIGNED at Houston, Texas, on this 8th day of August, 2006.


_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE